IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00581-RBJ

SUZANNA F. DAILEY,

Plaintiff,

v.

NIKOS HECHT

Defendant.

**PLAINTIFF'S WITNESS LIST**

Plaintiff Suzanna Dailey hereby submits her witness list for trial in the order in which she intends to call such witnesses. However, at the time of this filing, Plaintiff just received word that the trial, which was scheduled to begin on Monday, May 15, 2017, will now start the following day. Accordingly, Plaintiff needs to contact various witnesses, aside from the Plaintiff herself, to ensure that they can be available given the shift in the trial calendar. To the extent that certain witnesses may have scheduling conflicts that would prevent them from appearing in the order outlined below, the undersigned counsel will confer with opposing counsel in an effort to agree to take that witness out of order, and advise the court of any agreement in that regard. If Defendant will not agree, Plaintiff will either raise the issue with the Court or make a determination as to whether to call that witness. The witness list below does not include rebuttal or impeachment witnesses. With the above reservation, Plaintiff intends to call the following witnesses in her case in chief:

1. Suzanna Dailey
2. Jeanne Andlinger

3. Dr. Betty McGuigan

4. Tristan Andlinger (by deposition)

5. George Cathers (by deposition)

6. Dr. Jennifer Yeaw

7. Lisa Miller

DATED May 12, 2017.

Respectfully submitted,
By */s/ Maria-Vittoria G. Carminati*
Maria-Vittoria G. Carminati
David A. Bovino
BOVINO CARMINATI LLC
600 East Hopkins Ave., Ste. 301
Aspen, CO 81611
Phone: (970) 925-4445
Fax: (970) 925-5333
david@bovinolaw.com
giugi@bovinolaw.com

Jennifer Altman
Shani Rivaux
Aryeh Kaplan
PILLSBURY WINTHROP SHAW PITTMAN LLP
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Phone : (786) 913-4880
Fax : (786) 913-4901
jennifer.altman@pillsburylaw.com
shani.rivaux@pillsburylaw.com
aryeh.kaplan@pillsburylaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on May 12, 2017, a true and correct copy of the foregoing document was filed via the CM/ECF system, which caused it to be served upon the following by email:

*Counsel for Defendant, Nikos Hecht*
Michael D. Plachy, Esq.
Douglas B. Tumminello, Esq.
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5835
mplachy@lrrc.com
dtumminello@lrrc.com

Marci G. LaBranche
David M. Tenner, Esq.
Shanelle N. Kindel, Esq.
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, CO 80202
labranche@ridleylaw.com
tenner@ridleylaw.com
kindel@ridleylaw.com

              */s/ Maria-Vittoria G. Carminati*
              Maria-Vittoria G. Carminati