IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-00581-KLM

SUZANNA F. DAILEY,

      Plaintiff,

v.

NIKOS HECHT,

      Defendant.

_____

**DEFENDANT NIKOS HECHT'S WITNESS LIST**
_____

      Defendant, Nikos Hecht, through undersigned counsel, respectfully submits Defendant's

Witness List.

      Respectfully submitted this 12th day of May, 2017.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Douglas B.Tumminello*
Michael D. Plachy
Douglas B. Tumminello
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5835
Telephone: 303.623.9000
Email: mplachy@lrrc.com
dtuminello@lrrc.com

RIDLEY, MCGREEVY & WINOCUR, P.C.
Marci G. LaBranche
303 16th Street, Suite 200
Denver, CO 80202
Tel: 303.629.9700
Fax: 303.629.9702
Email: labranche@ridleylaw.com
*Attorneys for Defendant Nikos Hecht*

101288987_1

*Suzanna Dailey v. Nikos Hecht*
**United States District Court for the District of Colorado**
**Case No. 16-cv-00581-RBJ**

| Witness | Will Call or May Call | Live or Deposition Testimony | Estimated Length of Testimony |
|---|---|---|---|
| 1. Nikos Hecht<br>C/o Michael D. Plachy<br>Douglas B. Tumminello<br>Lewis Roca Rothgerber Christie LLP<br>1200 Seventeenth Street, Suite 3000<br>Denver, CO 80202-5835<br>303-623-9000<br><br>RIDLEY, MCGREEVY &<br>WINCOUR, P.C.<br>Marci G. LaBranche<br>David M. Tenner<br>Shanelle N. Kindel<br>303 16th Street, Suite 200<br>Denver, CO 80202<br>303-629-9700 | Will Call | Live | 2-4 hours |
| 2. Sara Willis<br>C/o Neiley Law Firm, LLC<br>6800 Highway 82, Suite 1<br>Glenwood Springs, CO 81601<br>970-928-9393 | Will Call | Live | 1-2 hours |
| 3. Tristan Andlinger<br>740 Beach Road<br>Vero Beach, FL 32963 | May Call | Deposition | 30 mins-1 hour |
| 4. George Cathers<br>405 Lewis Lane<br>Basalt, CO 91621 | May Call | Deposition | 30 mins-1 hour |

| Witness | Will Call or May Call | Live or Deposition Testimony | Estimated Length of Testimony |
|---|---|---|---|
| 970-379-0486 | | | |
| 5. Jeanne Andlinger<br>740 Beach Road<br>Vero Beach, FL 32963<br>917-691-3701 | May Call | Deposition | 30 mins-1 hour |
| 6. Andrew V. Hecht<br>C/o Garfield & Hecht P.C.<br>601 East Hyman Avenue<br>Aspen, CO 81611<br>970-925-1936 | May Call | Live | 30 mins-1 hour |
| 7. Alison Hecht<br>C/o Oates, Knezevich, Gardenswartz,<br>Kelley & Morrow, P.C.<br>533 E. Hopkins Avenue, Third Floor<br>Aspen, CO 81611<br>970-920-1700 | May Call | Deposition | 30 mins-1 hour |
| 8. Laura Kaplan<br>C/o Richard Tegtmeier<br>Sherman & Howard L.L.C.<br>633 17th Street, Suite 3000<br>Denver, CO 80202<br>303-297-2900 | May Call | Deposition | 30 mins-1 hour |
| 9. Investigator Lisa Miller<br>c/o Colorado Attorney's Office<br>1300 Broadway<br>Denver, CO 80202 | May Call | Live | 30 mins-1 hour |
| 10. Dr. James I. Hudson<br>115 Mill Street<br>Belmont, MA 02478<br>617-855-2911 | May Call | Live | 2-3 hours |
| 11. Dr. Dewayne Niebur | May Call | Live | 15-30 mins |

2

| Witness | Will Call or May Call | Live or Deposition Testimony | Estimated Length of Testimony |
|---|---|---|---|
| Aspen Medical Care PC<br>101 Founders Place, Suite 109<br>Aspen, CO 81611<br>970-920-0104 | | | |
| 12. Dr. Timothy R. Kruse<br>71 Valley Circle, Ste. 202C<br>Basalt, CO 81621<br>970-927-8563 | May Call | Live | 15-30 mins |
| 13. Any other person disclosed by Plaintiff in this action | | | |
| 14. Any witness necessary for impeachment or rebuttal | | | |
| 15. Any witness necessary for foundation | | | |

3