IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-00581-KLM

SUZANNA F. DAILEY,

       Plaintiff,

v.

NIKOS HECHT,

       Defendant.
_____

**PARTIES SUBMISSION OF JOINT TRIAL EXHIBIT LIST**
_____

       The Parties, through undersigned counsel, respectfully submit the Parties Joint Trial Exhibit List.

       Respectfully submitted this 12th day of May, 2017.

       LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Douglas B.Tumminello*
Michael D. Plachy
Douglas B. Tumminello
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5835
Telephone: 303.623.9000
Email: mplachy@lrrc.com
dtuminello@lrrc.com

RIDLEY, MCGREEVY & WINOCUR, P.C.
Marci G. LaBranche
303 16th Street, Suite 200
Denver, CO 80202
Tel: 303.629.9700
Fax: 303.629.9702
Email: labranche@ridleylaw.com
*Attorneys for Defendant Nikos Hecht*

1