IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-cv-00581-KLM

SUZANNA F. DAILEY,

       Plaintiff,

v.

NIKOS HECHT,

       Defendant.

## JOINT EXHIBIT LIST

| Ex. # | IDENTIFICATION | DATE | DOCUMENT DESCRIPTION | STIPULATED | PLAINTIFF'S OBJECTION | DEFENDANT'S OBJECTION | ADMIT | REJECT |
|---|---|---|---|---|---|---|---|---|
| 1 | DAILEY000001 | 3/25/2015 | Photo of a dinner party with a George Cathers in the foreground | Stipulated | | | | |
| 2 | DAILEY000002 | 3/25/2015 | Photo of a Eli Kaplan and girlfriend | Stipulated | | | | |
| 3 | DAILEY000003 | 3/25/2015 | Photo of a woman talking | Stipulated | | | | |
| 4 | DAILEY000004 | 3/25/2015 | Photo of a woman | Stipulated | | | | |
| 5 | DAILEY000005 | 3/25/2015 | Photo of a dinner party | Stipulated | | | | |
| 6 | DAILEY000006 | 3/25/2015 | Photo of a dinner party; Andy Hecht | Stipulated | | | | |
| 7 | DAILEY000007 | 3/25/2015 | Photo of Tristan Andlinger at dinner party | Stipulated | | | | |

| 8 | DAILEY000009 | 3/25/2015 | Photo of dinner party Andy Hecht | Stipulated | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | DAILEY000010 | 3/25/2015 | Photo from Mexico; photo of guests at a dinner party with food on plate; mashed | Stipulated | | | | |
| 10 | DAILEY000011 | 3/25/2015 | Photo from Mexico; photo of two boys at a dinner party | Stipulated | | | | |
| 11 | DAILEY000012 | 3/25/2015 | Photo from Mexico; photo of a woman | Stipulated | | | | |
| 12 | DAILEY000013 | 3/25/2015 | Photo from Mexico; photo of three people at a table | Stipulated | | | | |
| 13 | DAILEY000014 | 3/25/2015 | Photo from Mexico; feet walking | | Relevance | | | |
| 14 | DAILEY000015 | 3/25/2015 | Photo from Mexico; female subject | Stipulated | | | | |
| 15 | DAILEY000016 | 3/25/2015 | Photo from Mexico; women talking at a table | Stipulated | | | | |
| 16 | DAILEY000017 | 3/25/2015 | Photo from Mexico; female subject | Stipulated | | | | |
| 17 | DAILEY000018 | 3/25/2015 | Photo from Mexico; female subject | Stipulated | | | | |
| 18 | DAILEY000019 | 3/25/2015 | Photo from Mexico; young couple | Stipulated | | | | |
| 19 | DAILEY000020 | 3/25/2015 | Photo of Nikos Hecht at a dinner table with food on plate; Nikos Hecht smiling; Alison Hecht seated to the right of Nikos Hecht, eating food | Stipulated | | | | |
| 20 | DAILEY000021 | 3/25/2015 | Photo from Mexico; two women at dinner | Stipulated | | | | |
| 21 | DAILEY000022 | 3/25/2015 | Photo from Mexico; | Stipulated | | | | |

| | | | woman at dinner | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | DAILEY000023 | 3/25/2015 | Photo from Mexico; feet walking | | Relevance | | | |
| 23 | DAILEY000024 | 3/25/2015 | Photo from Mexico; Ms. Dailey's mother | Stipulated | | | | |
| 24 | DAILEY000025 | 3/25/2015 | Photo from Mexico; dinner guests | Stipulated | | | | |
| 25 | DAILEY000026 | 3/25/2015 | Photo from Mexico; Nikos Hecht's son | Stipulated | | | | |
| 26 | DAILEY000027 | 3/25/2015 | Photo from Mexico; two girls on law, dark sky | Stipulated | | | | |
| 27 | DAILEY000028 | 3/25/2015 | Photo from Mexico; Nikos Hecht's son | Stipulated | | | | |
| 28 | DAILEY000029 | 3/25/2015 | Photo from Mexico; A. Hecht with his grandson | Stipulated | | | | |
| 29 | DAILEY000030 | 3/25/2015 | Photo from Mexico; A. Hecht with his grandson | Stipulated | | | | |
| 30 | DAILEY000032 | 3/25/2015 | Photo from Mexico; Nikos Hecht's son | Stipulated | | | | |
| 31 | DAILEY000033 | 3/25/2015 | Photo from Mexico; Nikos Hecht's son playing croquet | Stipulated | | | | |
| 32 | DAILEY000034 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 33 | DAILEY000036 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 34 | DAILEY000037 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |

| 35 | DAILEY000038 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
|----|--------------|-----------|--------------------------------------------|------------|-----------|--|--|--|
| 36 | DAILEY000039 | 3/25/2015 | Photo from Mexico; photos of dinner guests | | Relevance | | | |
| 37 | DAILEY000040 | 3/25/2015 | Photo from Mexico; photos of dinner guests | | Relevance | | | |
| 38 | DAILEY000041 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 39 | DAILEY000042 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 40 | DAILEY000043 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 41 | DAILEY000044 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 42 | DAILEY000045 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 43 | DAILEY000046 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 44 | DAILEY000048 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 45 | DAILEY000051 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |

| 46 | DAILEY000059 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 47 | DAILEY000060 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 48 | DAILEY000062 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 49 | DAILEY000063 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 50 | DAILEY000073 | 3/25/2015 | Photo from Mexico; photos of dinner guests | | Relevance | | | |
| 51 | DAILEY000076 | 3/25/2015 | Photo from Mexico; photos of dinner guests | Stipulated | | | | |
| 52 | DAILEY000079 | 3/25/2015 | Photo from Mexico; photos of dinner guests | | Relevance | | | |
| 53 | DAILEY000081 | 3/25/2015 | Photo from Mexico; photos of teens on the beach | | Relevance | | | |
| 54 | DAILEY000082 | 3/25/2015 | Photo from Mexico; 2 women on surfboards | | Relevance | | | |
| 55 | DAILEY000083 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |
| 56 | DAILEY000084 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |
| 57 | DAILEY000085 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |
| 58 | DAILEY000086 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |
| 59 | DAILEY000087 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |

| 60 | DAILEY000088 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |
|---|---|---|---|---|---|---|---|---|
| 61 | DAILEY000089 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |
| 62 | DAILEY000090 | 3/25/2015 | Photo from Mexico; poolside | | Relevance | | | |
| 63 | DAILEY000091 | 3/25/2015 | Photo from Mexico; poolside | | Relevance | | | |
| 64 | DAILEY000092 | 3/25/2015 | Photo from Mexico; poolside | | Relevance | | | |
| 65 | DAILEY000093 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |
| 66 | DAILEY000094 | 3/25/2015 | Photo from Mexico; photos of teens with surfboards on the beach | | Relevance | | | |
| 67 | DAILEY000095 | 3/25/2015 | Photo from Mexico; boy on surfboard | | Relevance | | | |
| 68 | DAILEY000096 | 3/25/2015 | Photo from Mexico; photos of the beach | | Relevance | | | |
| 69 | DAILEY000097 | 3/25/2015 | Photo from Mexico; photo of a kitchen counter with a drink and a pack of | | Relevance | | | |
| 70 | DAILEY000098 | 3/25/2015 | Photo from Mexico; photo of woman carrying surfboard on beach | | Relevance | | | |
| 71 | DAILEY000099 | 3/25/2015 | Photo from Mexico; photo of woman carrying surfboard on beach | | Relevance | | | |
| 72 | DAILEY0000100 | | Photo of surfing taken by S. Dailey | | Relevance | | | |
| 73 | DAILEY0000101 | | Photo of woman entering ocean with surf board taken by S. Dailey | | Relevance | | | |

| 74 | DAILEY0000102 | | Photo in front of surf shop taken by S. Dailey | | Relevance | | | |
| 75 | DAILEY0000103 | | Photo in front of surf shop taken by S. Dailey | | Relevance | | | |
| 76 | DAILEY0000104 | | Photo of teenagers on beach taken by S. Dailey | | Relevance | | | |
| 77 | DAILEY0000105 | | Photo of teenagers on beach taken by S. Dailey | | Relevance | | | |
| 78 | DAILEY0000106 | | Photo of tent on beach taken by S. Dailey | | Relevance | | | |
| 79 | DAILEY0000107 | | Photo of dune buggy taken by S. Dailey | | Relevance | | | |
| 80 | DAILEY0000108 | | Photo of woman with surf board taken by S. Dailey | | Relevance | | | |
| 81 | DAILEY0000109 | | Photo of blue sky taken by S. Dailey | | Relevance | | | |
| 82 | DAILEY0000110 | | Photo of blue sky taken by S. Dailey | | Relevance | | | |
| 83 | DAILEY0000111 | | Photo of J. Andlinger in pool taken by S. Dailey | | Relevance | | | |
| 84 | DAILEY0000112 | | Photo of S. Dailey and teenager | | Relevance | | | |
| 85 | DAILEY0000113 | | Photo of S. Dailey and teenager | | Relevance | | | |
| 86 | DAILEY0000114 | | Photo of M. Walton taken by S. Dailey | | Relevance | | | |
| 87 | DAILEY0000115 | | Photo of J. Andlinger in pool taken by S. Dailey | | Relevance | | | |
| 88 | DAILEY0000116 | | Photo of J. Andlinger in pool taken by S. Dailey | | Relevance | | | |
| 89 | DAILEY0000117 | | Photo of tree and resort taken by S. Dailey | | Relevance | | | |

| 90 | DAILEY0000118 | | Photo of tree and resort taken by S. Dailey | | Relevance | | | |
|---|---|---|---|---|---|---|---|---|
| 91 | DAILEY0000119 | | Photo of resort hallway taken by S. Dailey | | Relevance | | | |
| 92 | DAILEY0000120 | | Photo of table at resort taken by S. Dailey | | Relevance | | | |
| 93 | DAILEY0000121 | | Photo of resort taken by S. Dailey | | Relevance | | | |
| 94 | DAILEY0000122 | | Photo of resort hallway taken by S. Dailey | | Relevance | | | |
| 95 | DAILEY0000123 | | Photo of resort with pool taken by S. Dailey | | Relevance | | | |
| 96 | DAILEY0000124 | | Photo of resort with pool taken by S. Dailey | | Relevance | | | |
| 97 | DAILEY0000125 | | Photo of resort with pool and stairs taken by S. Dailey | | Relevance | | | |
| 98 | DAILEY0000126 | | Photo of chairs and beach taken by S. Dailey | | Relevance | | | |
| 99 | DAILEY0000127 | | Photo of beach taken by S. Dailey | | Relevance | | | |
| 100 | DAILEY0000128 | | Photo of hammock on beach taken by S. Dailey | | Relevance | | | |
| 101 | DAILEY0000129 | | Photo of chairs with teenage girl taken by S. Dailey | | Relevance | | | |
| 102 | DAILEY0000130 | | Photo of chairs and resort taken by S. Dailey | | Relevance | | | |
| 103 | DAILEY0000131 | | Photo taken by S. Dailey | | Relevance | | | |
| 104 | DAILEY0000132 | | Photo of pool at resort taken by S. Dailey | | Relevance | | | |
| 105 | DAILEY0000133 | | Photo of M. Walton taken | | Relevance | | | |

| | | | by S. Dailey | | | | | |
|---|---|---|---|---|---|---|---|---|
| 106 | DAILEY0000134 | | Photo of beach taken by S. Dailey | | Relevance | | | |
| 107 | DAILEY0000135 | | Photo of man carrying chair taken by S. Dailey | | Relevance | | | |
| 108 | DAILEY0000136 | | Photo of kid surfing taken by S. Dailey | | Relevance | | | |
| 109 | DAILEY0000137 | | Photo of beach and sky taken by S. Dailey | | Relevance | | | |
| 110 | HECHT00000037 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- entrance and stairway | | Relevance | | | |
| 111 | HECHT00000038 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- main room | | Relevance | | | |
| 112 | HECHT00000039 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- backyard | | Relevance | | | |
| 113 | HECHT00000040 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- backyard with palm trees | | Relevance | | | |
| 114 | HECHT00000041 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- pool | | Relevance | | | |
| 115 | HECHT00000042 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- pool and back yard | | Relevance | | | |
| 116 | HECHT00000043 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- pool and firepit | | Relevance | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 117 | HECHT00000044 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- pool and firepit with stairs | | Relevance | | | |
| 118 | HECHT00000045 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- backyard patio | | Relevance | | | |
| 119 | HECHT00000046 | | Color photo of Defendant's home in Cabo San Lucas, Mexico- back yard patio (2) | | Relevance | | | |
| 120 | HECHT0000032 EXTRACTION | | Photograph of front of Defendant's home in Cabo San Lucas, Mexico | | Relevance | | | |
| 121 | HECHT0000033 EXTRACTION | | Photograph of outdoor sitting area of Defendant's home in Cabo San Lucas, Mexico | | Relevance | | | |
| 122 | HECHT0000034 EXTRACTION | | Photograph of indoor sitting area in Defendant's home in Cabo San Lucas, Mexico | | Relevance | | | |
| 123 | HECHT0000034 EXTRACTION | | Photograph of infinity pool with moon at Defendant's home in Cabo San Lucas, Mexico | | Relevance | | | |
| 124 | | | Photograph of Flora Farms pathway | Stipulated | | | | |
| 125 | | | Photograph of Flora Farms table | Stipulated | | | | |
| 126 | | | Aerial photograph of Flora Farms | | Misleading; does not reflect Flora Farms at time of | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | incident; lack of authentication | | |
| 126A | | | Aerial photograph of Flora Farms | | Misleading; does not reflect Flora Farms at time of incident; lack of authentication; cumulative; not timely disclosed | | |
| 127 | J. Andlinger Depo. Exhibit 1 | | Table Diagram | Stipulated | | | |
| 128 | T. Andlinger Depo. Exhibit 19 | | Tristan Andlinger hand-drawn map w/ restaurant and parking lot | Stipulated | | | |
| 129 | T. Andlinger Depo. Exhibit 20 | | Tristan Andlinger hand-drawn map w/ path and table | Stipulated | | | |
| 130 | T. Andlinger Depo. Exhibit 21 | | Tristan Andlinger hand-drawn map w/ path | Stipulated | | | |
| 131 | G. Cathers Depo. Exhibit 1 | | George Cathers hand-drawn map | Stipulated | | | |
| 132 | S. Willis Depo. Ex. 108-111 | | Sara Willis hand-drawn map | Stipulated | | | |
| 133 | DAILEY000143 | 5/8/2004 | Dailey's Check No. 1119; McGuigan therapy $320 | Stipulated | | | |
| 134 | DAILEY000144 | 5/13/2014 | Dailey's Check No. 1116; McGuigan therapy $160 | Stipulated | | | |
| 135 | DAILEY000145 | 5/15/2014 | Dailey's Check No. 1117; McGuigan therapy $80 | Stipulated | | | |
| 136 | DAILEY000146 | 5/19/2014 | Dailey's Check No. 1120; McGuigan therapy $160 | Stipulated | | | |
| 137 | DAILEY000147 | 5/28/2014 | Dailey's Check No. 1066; McGuigan therapy $320 | Stipulated | | | |

| 138 | DAILEY000148 | 6/11/2014 | Dailey's Check No. 1074; MCGuigan therapy $80 | Stipulated | | | | |
|------|--------------|-----------|-----------------------------------------------|------------|---|---|---|---|
| 139 | DAILEY000149 | 6/26/2014 | Dailey's Check No. 1001; McGuigan check for $280 | Stipulated | | | | |
| 140 | DAILEY000150 | 12/5/2014 | Dailey's Bank Statement; McGuigan check for $160 | Stipulated | | | | |
| 141 | DAILEY000151 | 1/8/2015 | Dailey's Bank Statement; Check for McGuigan | | | Objection: Check from 1/5/15 needs to be redacted as it was not properly disclosed in damages calculation | | |
| 141A | DAILEY000151 | 1/8/2015 | Dailey's Bank Statement; Check for McGuigan | | Object to redaction | | | |
| 142 | DAILEY000152-53 | 2/6/2015 | Dailey's Bank Statement; Check for McGuigan | Stipulated | | | | |
| 143 | DAILEY000154-55 | 4/7/2015 | Dailey's Bank Statement; Check for McGuigan | Stipulated | | | | |
| 144 | DAILEY000156 | 8/7/2015 | Dailey's Bank Statement; Check for McGuigan | Stipulated | | | | |
| 145 | DAILEY000157 | 7/7/2015 | Dailey's Bank Statement; Check for McGuigan | Stipulated | | | | |
| 146 | DAILEY000158 | 9/28/2015 | Dailey's Bank Statement; Check for McGuigan | Stipulated | | | | |
| 147 | DAILEY000159 | 11/24/2015 | Dailey's Bank Statement; Check for McGuigan | Stipulated | | | | |
| 148 | DAILEY000160 | 11/6/2015 | Dailey's Bank Statement; McGuigan checks | | | Objection: Check from 11/13/15 needs to be redacted as it was not | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | properly disclosed in damages calculation | | |
| 148A | | | | | Object to redaction | | | |
| 149 | DAILEY000161-62 | 3/6/2015 | Dailey's Insurance Statement; United Health Care Claims Summary | Stipulated | | | | |
| 150 | DAILEY000163-68 | 5/11/2015 | Dailey's Insurance Statement; United Health Care Claims Summary 5-11-15 to 8-30-15 | Stipulated | | | | |
| 151 | DAILEY000169-74 | 7/10/2015 | Dailey's Insurance Statement; United Health Care Claims Summary | Stipulated | | | | |
| 152 | DAILEY000175-82 | 6/25/2015 | Dailey's Insurance Statement; United Health Care Claims Summary | Stipulated | | | | |
| 153 | DAILEY000183-90 | 1/1/2016 | Dailey's Bank Statement; 2016 Checks to McGuigan | | | Hearsay-handwritten notes below check need to be redacted | | |
| 153A | DAILEY000183-90 | 1/1/2016 | Dailey's Bank Statement; 2016 Checks to McGuigan with handwritten notes redacted | | Object to redaction | | | |
| 154 | DAILEY000259 | N/A | Witness list created by Plaintiff | | | Objection: Line 17 "the cook & lover (alleges)" needs to be redacted as it based on | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | hearsay, 403. | | |
| 154A | DAILEY000259 | | Witness list created by Plaintiff w/ redaction | | Object to redaction | | | |
| 155 | HECHT0000025 | 8/13/2015 | Audio file of phone interview of Dailey by L. Miller | | | Hearsay, contains discussion of topics excluded by Court, admissible for impeachment only | | |
| 155A | HECHT00000000 3-22 | 8/13/2015 | Transcript of phone interview of Dailey by L. Miller | | | Hearsay, contains discussion of topics excluded by Court, admissible for impeachment only | | |
| 156 | DAILEY000193-97 | 5/5/2014 | Dailey's Coastal Gynecology Records-Gallo; Encounter Summary | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; references to herpes which is pending before the | | | |

14

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | court; also misleading because no expert has been presented to explain the connection | | | |
| 156A | DAILEY000193-97 | 5/5/2014 | Dailey's Coastal Gynecology Records-Gallo; Encounter Summary w/ references to STDs redacted | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; references to herpes which is pending before the court; also misleading because no expert has been presented to explain the connection | | | |
| 157 | DAILEY000198-202 | 6/27/2014 | Dailey's Coastal Gynecology Records-Gallo; Encounter Summary | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | documents; misleading – lacks indicia of reliability ; references to herpes which is pending before the court; also misleading because no expert has been presented to explain the connection | | | |
| 157A | DAILEY000198-202 | 6/27/2014 | Dailey's Coastal Gynecology Records-Gallo; Encounter Summary w/ references to STD redacted | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; references to herpes which is pending before the court; also misleading because no expert has been presented to explain the connection | | | |

| 158 | DAILEY000203-07 | 7/1/2016 | Dailey's Coastal Gynecology Records- Gallo; Encounter Summary | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; references to herpes which is pending before the court; also misleading because no expert has been presented to explain the connection | | | |
| 158A | DAILEY000203-07 | 7/1/2016 | Dailey's Coastal Gynecology Records- Gallo; Encounter Summary w/ reference to STDs redacted | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; references to herpes which is | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | pending before the court; also misleading because no expert has been presented to explain the connection | | | |
| 159 | DAILEY000208-12 | 8/8/2016 | Dailey's Coastal Gynecology Records-Gallo; Encounter Summary | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; references to herpes which is pending before the court; also misleading because no expert has been presented to explain the connection | | | |
| 159A | DAILEY000208-12 | 8/8/2016 | Dailey's Coastal Gynecology Records-Gallo; Encounter Summary | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | tied to specific documents; misleading – lacks indicia of reliability ; references to herpes which is pending before the court; also misleading because no expert has been presented to explain the connection | | | |
| 160 | HECHT-CERTIFICATION-DR_TARYN_GALLO00000 1 | 1/24/2017 | Coastal Gynecology, Dr Taryn Gallo, COR - Certification of Records | | 902 improper certification not tied to specific documents | | | |
| 161 | HECHT-SDT-DR_WAYNE_CREELMAN | 1/10/2014 | Wayne Creelman Psychiatric Evaluation; depression; good judgment and | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; violates MIL | | | |
| 162 | HECHT-SDT-DR_WAYNE_C | 6/10/2015 | June 2015 Wayne Creelman TMS Progress | | Hearsay; lacks foundation – no | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | REELMAN | | Notes: Major depression, chronic | | sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; violates MIL | | | |
| 163 | HECHT-SDT-DR_WAYNE_C REELMAN | 1/15/2015 | January 2015 Wayne Creelman TMS Progress Notes: Major depression, chronic | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; violates MIL | | | |
| 164 | HECHT-SDT- | 12/1/2014 | December 2014 Wayne Creelman TMS | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | violates MIL | | |
| 165 | HECHT-SDT-DR_WAYNE_C REELMAN 00011-12 | 3/6/2014 | March 2014 Wayne Creelman TMS Progress Notes: Major depression, chronic, severe | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; violates MIL | | |
| 166 | HECHT-SDT-DR_WAYNE_C REELMAN 00013-17 | 2/2/2014 | February 2014 Wayne Creelman TMS Progress Notes: Major depression, chronic, severe | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; violates MIL | | |
| 167 | HECHT-SDT-DR_WAYNE_C REELMAN 00018-22 | 1/1/2014 | January 2014 Wayne Creelman TMS Progress Notes: Major depression, chronic, severe | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | misleading – lacks indicia of reliability ; violates MIL | | | |
| 168 | HECHT-SDT-DR_WAYNE_C REELMAN 000026 | 2/9/2017 | UF Health Center of Psychiatry, Dr. Creelman, COR - Certification of Records | | 902 improper certification not tied to specific documents | | | |
| 169 | SUBPOENA-JACOBSON 00001-2 | 10/2/2006 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 170 | SUBPOENA-JACOBSON0003-4 | 4/22/2008 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 171 | SUBPOENA-JACOBSON0009-10 | 10/7/2008 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 172 | SUBPOENA-JACOBSON 00011-12 | 6/16/2009 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 173 | SUBPOENA-JACOBSON 00013-14 | 3/16/2010 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 174 | SUBPOENA-JACOBSON 00016-17 | 9/7/2010 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 175 | SUBPOENA-JACOBSON0005-6 | 3/15/2011 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 176 | SUBPOENA-JACCOBSON 0007-8 | 11/1/2011 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 177 | SUBPOENA-JACOBSON | 5/8/2012 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 00015 | | | | sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 178 | SUBPOENA-JACOBSON 00018 | 12/18/2012 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 179 | SUBPOENA-JACOBSON00035 | 3/12/2013 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 180 | SUBPOENA-JACOBSON0005 | 6/4/2013 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2 | | | | sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 181 | SUBPOENA-JACOBSON00037 | 8/27/2013 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 182 | SUBPOENA-JACOBSON00036 | 11/19/2013 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 183 | SUBPOENA-JACOBSON0002 | 1/21/2014 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no | | |

| | 6 | | | | sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
|---|---|---|---|---|---|---|---|---|
| 184 | SUBPOENA-JACOBSON00050-51 | 3/6/2014 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 185 | SUBPOENA-JACOBSON00049 | 6/5/2014 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 186 | SUBPOENA-JACOBSON0004 | 10/31/2014 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 5-46 | | | | sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 187 | SUBPOENA-JACOBSON00027-30 | 1/23/2015 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 188 | SUBPOENA-JACOBSON00041-42 | 5/26/2015 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 189 | SUBPOENA-JACOBSON0004 | 6/22/2015 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no | | |

| | 8 | | | | sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
|---|---|---|---|---|---|---|---|---|
| 190 | SUBPOENA-JACOBSON00038 | 6/30/2015 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 191 | SUBPOENA-JACOBSON00047 | 7/20/2015 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 192 | SUBPOENA-JACOBSON0004 | 7/28/2015 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3-44 | | | | sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 193 | SUBPOENA-JACOBSON00033-34 | 9/1/2015 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 194 | SUBPOENA-JACOBSON00053 | 11/23/2015 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | |
| 195 | SUBPOENA-JACOBSON0003 | 3/11/2016 | Progress Notes - Susie Dailey | | Hearsay; lacks foundation – no | | |

|  | 1-32 |  |  |  | sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 196 | SUBPOENA-JACOBSON00039-40 | 7/12/2016 | Progress Notes - Susie Dailey |  | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL |  |  |  |
| 197 | SUBPOENA-JACOBSON00024-25 | 8/29/2016 | Progress Notes - Susie Dailey |  | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL |  |  |  |
| 198 | SUBPOENA-JACOBSON0001 | 10/14/2016 | Medicine Log - Susie Dailey |  | Hearsay; lacks foundation – no |  |  |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 9-23 | | | | sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 199 | SUBPOENA-JACOBSON000055-56 | 11/8/2016 | Jacobson Progress Notes: Dailey stable, but stressed about court proceedings and | | Hearsay; lacks foundation – no sponsoring witness; improper certification not tied to specific documents; misleading – lacks indicia of reliability; violates MIL | | | |
| 200 | SUBPOENA-JACOBSON00057 | 1/19/2017 | Dr. James Jacobson, COR - Certification | | Improper certification not tied to specific documents | | | |
| 201 | HECHT-SDT-DR_BETTY_MCGUIGAN000014-45 | 2/11/11-12/5/11 | Payment records, Intake forms, Medication Sheet, Treatment Plan, Telephone Log, and Progress notes for 2011 w/ Plaintiff's redactions | | | Hearsay; cumulative, 403 waste of time and more prejudicial than probative; misleads the jury; improper expert exhibit | | |

| 201A | HECHT-SDT-DR_BETTY_MCGUIGAN000014-45 | 2/11/11-12/5/11 | Payment records, Intake forms, Medication Sheet, Treatment Plan, Telephone Log, and Progress notes for 2011 w/ Defendant's redactions | | | | | |
|---|---|---|---|---|---|---|---|---|
| 201B | HECHT-SDT-DR_BETTY_MCGUIGAN000014-45 | 2/11/11-12/5/11 | Payment records, Intake forms, Medication Sheet, Treatment Plan, Telephone Log, and Progress notes for 2011 w/ Plaintiff + Defendant's redactions | | | | | |
| 202 | HECHT-SDT-DR_BETTY_MCGUIGAN000046-52 | 1/13/12-7/16/12 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, and Progress notes for 2012 w/ Plaintiff's redactions | | | Hearsay; cumulative, 403 waste of time and more prejudicial than probative; misleads the jury; improper expert exhibit | | |
| 202A | HECHT-SDT-DR_BETTY_MCGUIGAN000046-52 | 1/13/12-7/16/12 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, and Progress notes for 2012 w/ Defendant's redactions | | | | | |
| 202B | HECHT-SDT-DR_BETTY_MCGUIGAN0 | 1/13/12-7/16/12 | Payment records, Medication Sheet, Treatment Plan, Telephone | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 00046-52 | | Log, and Progress notes for 2012 w/ Plaintiff + Defendant's redactions | | | | | |
| 203 | HECHT-SDT-DR_BETTY_MCGUIGAN0 00053-77 | 2/15/13-9/20/13 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2013 w/ Plaintiff' redactions | | | Hearsay; cumulative, 403 waste of time and more prejudicial than probative; misleads the jury; improper expert exhibit | | |
| 203A | HECHT-SDT-DR_BETTY_MCGUIGAN0 00053-77 | 2/15/13-9/20/13 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2013 w/ Defendant's redactions | | | | | |
| 203B | HECHT-SDT-DR_BETTY_MCGUIGAN0 00053-77 | 2/15/13-9/20/13 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2013 w/ Plaintiff + Defendant's redaction | | | | | |
| 204 | HECHT-SDT-DR_BETTY_MCGUIGAN0 00078-108 | 1/12/14-12/15/14 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2014 w/ Plaintiff's redactions | | | Hearsay; cumulative, 403 waste of time and more prejudicial than probative; misleads the | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | jury; improper expert exhibit | | |
| 204A | HECHT-SDT-DR_BETTY_MC GUIGAN0 00078-108 | 1/12/14-12/15/14 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2014 w/ Defendant's redactions | | | | | |
| 204B | HECHT-SDT-DR_BETTY_MC GUIGAN0 00078-108 | 1/12/14-12/15/14 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2014 w/ Plaintiff + Defendant's redactions | | | | | |
| 205 | HECHT-SDT-DR_BETTY_MC GUIGAN0 00109-142 | 1/12/15-12/16/15 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2015 | | | Hearsay; cumulative, 403 waste of time and more prejudicial than probative; misleads the jury; improper expert exhibit | | |
| 205A | HECHT-SDT-DR_BETTY_MC GUIGAN0 00109-142 | 1/12/15-12/16/15 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2015 w/ Defendant's redactions | | | | | |
| 205B | HECHT-SDT-DR_BETTY_MC GUIGAN0 00109-142 | 1/12/15-12/16/15 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2015 w/ Plaintiff + Defendant's redactions | | | | | |
| 206 | HECHT-SDT-DR_BETTY_MC GUIGAN0 00143-203 | 1/6/16-12/21/16 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2016 w/ Plaintiff's redactions | | | Hearsay; cumulative, 403 waste of time and more prejudicial than probative; misleads the jury; improper expert exhibit | | |
| 206A | HECHT-SDT-DR_BETTY_MC GUIGAN0 00143-203 | 1/6/16-12/21/16 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2016 w/ Defendant's redactions | | | | | |
| 206B | HECHT-SDT-DR_BETTY_MC GUIGAN0 00143-203 | 1/6/16-12/21/16 | Payment records, Medication Sheet, Treatment Plan, Telephone Log, Progress notes for 2016 w/ Plaintiff + Defendant's redactions | | | | | |
| 207 | HECHT-SDT-DR_BETTY_MC GUIGAN0 00212-219 | 2/5/2017 | Revised Summary Report of Records from 2011 to 2016 | | | Hearsay; 403, improper expert report | | |
| 208 | HECHT-SDT-DR_CARA_YER GEN000006 | 6/05/2015 | Dr. Yergen treatment records | | Hearsay; lacks foundation – no sponsoring witness; 902 | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | improper certification not tied to specific documents; misleading – lacks indicia of reliability ; violates MIL* | | | |
| 209 | HECHT-SDT-DR_CARA_YER GEN000007 | 2/9/2017 | UF Health Center of Psychiatry, Dr. Yergen, COR - Certification of Records | | 902 improper certification not tied to specific documents | | | |
| 210 | HECHT-SDT-CVS000001-5 | | CVS pharmacy records of Plaintiff Suzanna Dailey | | Hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; misleading – lacks indicia of reliability ; violates MIL | | | |
| 211 | HECHT-SDT-VERIZON000001 -25 | | Verizon Telephone Records | | Relevance; hearsay; lacks foundation – no sponsoring witness; 902 improper certification not tied to specific documents; | | | |

37

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | misleading – lacks indicia of reliability | | | |
| 212 | HECHT00000031 | | HSV 2 AB IGG test results dated 10/24/16 from Valley View Laboratory for patient Nikos Hecht | | Relevance; 403-more prejudicial than probative; no foundation; improper without expert witness; misleading; confusing; unreliable | | | |
| 213 | HECHT000047-48 | | HSV-2 Test results dated 2/2/17 | | Relevance; 403-more prejudicial than probative; no foundation; improper without expert witness; misleading; confusing; unreliable | | | |
| 214 | | 11/09/16 | Amended Complaint | | Hearsay; relevance | | | |
| 215 | | | Plaintiff's Response to Defendant's First Set of Requests for Admission, dated 9-19-16 | Stipulated | | | | |
| 216 | | | Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories dated 9/19/16 | | Objection to use of unverified interrogatory responses | | | |
| 217 | | | Plaintiff's Amended Responses and Objections | | Objection to use of unverified | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | to Defendant's First Set of Interrogatories dated 11/23/16 | | interrogatory responses | | | |
| 218 | | | CV of Dr. James Hudson | | Objection: Hearsay; waste of time | | | |
| 219 | | | Dr. Dewayne Niebur, COR - Certification | | Hearsay; misleading without expert to explain; subject to pending motion regarding reference to herpes | | | |
| 220 | | | Dr. Timothy Kruse, COR-Certification | | Hearsay; misleading without expert to explain; subject to pending motion regarding reference to herpes | | | |