IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00581-RBJ

SUZANNA F. DAILEY,

Plaintiff, v.

NIKOS HECHT

Defendant.

## VERDICT

We, the jury, unanimously answer the questions posed by the Court as follows:

**QUESTION 1:** Did plaintiff Suzanna Dailey prove, by a preponderance of the evidence, her claim of assault, as defined in Jury Instruction _7_?

    a.      Yes   _____

    b.      No    ☒

**QUESTION 2:** Did plaintiff Suzanna Dailey prove, by a preponderance of the evidence, her claim of battery as defined in Jury Instruction No. _9_?

    a.      Yes   _____

    b.      No    ☒

**QUESTION 3:** Did defendant Nikos Hecht prove, by a preponderance of the evidence, consent as defined in Jury Instruction No. _13_?

    a.      Yes   ☒

    b.      No   _____

**QUESTION 4:** Did plaintiff Suzanna Dailey prove, by a preponderance of the evidence, her claim of Extreme and Outrageous Conduct, as defined in Jury Instruction No. 14?

    a.     Yes  _____

    b.     No   X

**If you have either answered "No" to questions 1 and 2; or, if you have answered "Yes" to either or both of questions 1 and 2 but also "Yes" on question 3; and no on 4 – in other words, if you have answered these questions in a manner that results in finding in favor of the defendant on all three claims – then please sign the verdict without answering the remaining questions.  However, if you have found in the plaintiff's favor on any one or more of the three claims, then please answer the remaining questions.**

**QUESTION 5:** What amount, if any, do you award Plaintiff in economic damages against the Defendant for her claim of Assault, Battery OR Extreme and Outrageous Conduct? Economic damages are those losses described in paragraph 1 of Instruction 19.  You should answer "0" if you determine there were none.

    Economic Losses     $_____0_____

**QUESTION 6:** What amount, if any, do you award Plaintiff in non-economic damages against the Defendant for her claim of Assault, Battery OR Extreme and Outrageous Conduct? Noneconomic losses are those losses or injuries described in paragraph 2 of Instruction 19.  You should answer "0" if you determine there were none.

    Non-Economic Losses     $_____0_____

4851-8556-2439.v1

**If you awarded any damages in Question 5 or 6, proceed to Question 7. If you did not award any damages in Question 5 or 6, skip to the end of the verdict form and sign the verdict form.**

**QUESTION 7:** Do you find that the Defendant's conduct was malicious or willful and wanton, beyond a reasonable doubt?

    a.     Yes    _____

    b.     No    _____

**If you answered "yes" Question 7, proceed to Question 8.  If you answered "no" to Question 7, skip to the end of the verdict form and sign the verdict form.**

**QUESTION 8:** If you answered "yes" to QUESTION 7, then what amount, if any, of punitive damages do you award?

    Punitive Damages    $_____0_____

Dated May 19 , 2017

JUROR NAMES REDACTED

3

4851-8556-2439.v1

JUROR NAMES REDACTED

Foreperson

4851-8556-2439.v1