## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00581-RBJ

SUZANNA F. DAILEY,

    Plaintiff,

v.

NIKOS HECHT,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict. It is

**ORDERED** that judgment is entered on behalf of the defendant, NIKOS HECHT, and against the plaintiff, SUZANNA F. DAILEY. It is

FURTHER ORDERED that NIKOS HECHT is **AWARDED** his reasonable costs to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 23rd day of May, 2017.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By:  s/   J DYNES

                J DYNES
                Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
United States District Judge